UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY F. O'BRIEN,

    Plaintiff,

v.                                No.3:07-cv-1054-J-12HTS

ST. JOHNS RIVER COMMUNITY
COLLEGE,

    Defendant.

## ORDER

This cause is before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc. 8), filed November 28, 2007. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

That this case is hereby dismissed without prejudice, and the Clerk shall close the case and terminate all pending motions and deadlines.

**DONE AND ORDERED** this __5TH__ day of December 2007.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:    Counsel of Record